UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN MOREAU, on behalf of himself and all others similarly situated<br>2 Whalerock Rd<br>Jamestown, Rhode Island 02835<br>Plaintiff, | : | |
| v. | : | CA 05-331T |
| MERCK & CO., INC.,<br>Whitehouse, New Jersey,<br>Defendant. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
August 4, 2005

BY ORDER:

Deputy Clerk